# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# Gainesville Division

IN RE:

ANGIE RENTZ,                                              Case No. 19-10242-KKS
                                                          Chapter 7
    Debtor.
_____/
ANGIE RENTZ,

    Plaintiff,                                    Adv. No. 19-01006-KKS

vs.

AMERICAN EDUCATIONAL SERVICES,
BRAZOS HIGEHR EDUCATION
AUTHORITY, INC.

    Defendants.
_____/

## PARTY IN INTEREST EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Party in interest Educational Credit Management Corporation ("ECMC") makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?  NO

2. Does party have any parent corporations?  YES.  ECMC Group, Inc., a Delaware nonprofit corporation.

3. Is 10% or more of the stock of party directly or indirectly owned by a publicly held corporation or other publicly held entity?  NO

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation?  NO

Dated:  December 17, 2019

Respectfully submitted,

**SHAWDE & EATON, P.L.**
Attorneys for ECMC
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 376-3176

By: */s/ John D. Eaton*
      John D. Eaton
      Florida Bar No. 861367
      jeaton@shawde-eaton.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 17, 2019 a true and correct copy of the foregoing Corporate Ownership Statement was served via United States First Class Mail, Postage Prepaid, on *Pro Se* Plaintiff Angie Rentz, 1813 NE 8th Ave., Gainesville, Florida 32641

*/s/ John D. Eaton*
John D. Eaton

4848-1060-2592, v. 1